BLOEDE, Respondent, vs. LUTZ, imp., Appellant.

*November 18—December 8, 1914.*

*Conveyance in fraud of creditors: Husband and wife.*

A finding that a conveyance of land by husband to wife was made in fraud of creditors is *held* to be sustained by the evidence.

APPEAL from a judgment of the circuit court for Winnebago county: GEO. W. BURNELL, Circuit Judge. *Affirmed.*

*David C. Pinkerton,* for the appellant.

For the respondent there was a brief by *Churchill, Bennett & Churchill* and *P. J. Winter,* and oral argument by *W. H. Bennett.*

WINSLOW, C. J. This is an action in equity brought by a judgment creditor of one Lutz to set aside a deed of certain lands made by Lutz to his wife because made in fraud of creditors. The trial court having found upon ample evidence that the deed was made with the fraudulent intent charged on the part of both Lutz and his wife, the judgment must be affirmed.

*By the Court.*—It is so ordered.